## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

-----------------------------------------------------------x

HAKAN ATILA: (A76-196-678)

                Plaintiff,                NO.: 07-cv-1856

                v.

ATTORNEY GENERAL OF THE         MOTION TO WITHDRAW
UNITED STATES, SECRETARY OF      PETITION FOR A HEARING ON
THE DEPARTMENT OF HOMELAND     NATURALIZATION
SECURITY, NEW JERSEY DISTRICT    UNDER 8 U.S.C. § 1447(b
DIRECTOR.

                Defendants.

-----------------------------------------------------------x

**HON. PETER G. SHERIDAN**

*10/6/08*
*So Ordered*
*Peter M Sheridan*

## MOTION TO WITHDRAW PETITION AND TERMINATE PROCEEDING

Andrew P. Johnson, an attorney duly admitted to practice law before this Court, affirm the following under penalty of the perjury:

1. I am the attorney on the record for the above-named Plaintiff. My office is located at 65 Broadway, 21st Floor, New York, New York 10006.

2. I make this motion in support of my application for an Order allowing Plaintiff to withdraw his Petition dated April 20, 2007, currently pending before this Court under the Docket No. 07-cv-1856, based on the ground that the relief sough in said Petition has been obtained. *See* Exhibit "A" (A Copy of Plaintiff Petition).

3. By said Petition, Plaintiff seeks a hearing on his application for naturalization and requests that the Court enter a judgment granting Plaintiff's naturalization, or in the alternative for an order directing that the Defendants adjudicate Plaintiff's application for naturalization within 15 days of said order.

4.      Subsequent to the filing of said Petition, Plaintiff's application for naturalization has been adjudicated by the USCIS New Jersey District on or about May 2nd, 2008. *See* Exhibit "B" (A Copy of Plaintiff's Certificate of Naturalization)

5.      Accordingly, I hereby moves this Court to withdrawal Plaintiff's Petition under the Docket No. 07-cv-1856 as the relief sought in said Petition has been obtained.

**WHEREFORE,** I prays that the Court grant an Order allowing Plaintiff to withdraw his Petition and terminating this proceeding, and for such other and further relief as may be just and proper.

Dated: June 2, 2008
    New York, New York

Respectfully submitted,

Andrew P. Johnson, Esq.
Attorney for Plaintiff
Law Office of Andrew P. Johnson
65 Broadway, 21st Floor
New York, NY 10006
(212) 693-3355
Fax: (212) 430-6797